UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 04-20490-Cr-Cooke/McAliley

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RICARDO KNIGHT,

    Defendant.

_____/

**NIGHT BOX
FILED**

AUG 1 8 2004

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

## DEFENDANT'S INVOCATION OF RIGHTS
## TO SILENCE AND COUNSEL

The defendant named above does hereby invoke his or her rights to remain

silent and to counsel with respect to any and all questioning or interrogation,

regardless of the subject matter, including, but not limited to: matters that may bear

on or relate to arrest, searches and seizures, bail, pretrial release or detention,

evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing,

enhanced punishments, factors applicable under the U.S. Sentencing Guidelines,

restitution, immigration status or consequences resulting from arrest or conviction;

appeals or other post-trial proceedings.



The defendant requests that the U.S. Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated with the investigation of any matters relating to the defendant. Any contact with the defendant must be made through the defendant's lawyer, undersigned counsel.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Richard J. Lautenbach
Assistant Federal Public Defender
Florida Bar No. 435813
150 W. Flagler Street, Suite 1500
Miami, Florida 33130-1556
Tel: (305) 536-6900
Fax: (305) 530-7120

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was furnished on the 13 day of August, 2004, the United States Attorney, 99 NE 4th Street, Miami, FL 33132-2111.

By: _____
Richard J. Lautenbach

J:\Knight, Ricardo Reg\Pleadings\InvocMotion.wpd

2