UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 04-~~29490~~ Cr COOKE/McAliley

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RICARDO KNIGHT,

Defendant.
_____/



**NIGHT** B
**FILED**

SEP 1 7 2004

CLARENCE MADDO..
CLERK, USDC / SDFL / MIA

## UNOPPOSED MOTION FOR CONTINUANCE

Defendant, RICARDO KNIGHT, by and through his attorney, Shereen J. Charlick, Assistant

Federal Public Defender, files the foregoing unopposed motion seeking a continuance of both the

trial and motion filing dates for the reasons set forth below.

1. Mr. Ricardo Knight is currently charged with violating 18 U.S.C. § 611, being an alien

and voting in a federal election and is scheduled for calendar call on October 13, 2004 and for trial

during the two-week period beginning October 18, 2004.

2. Mr. Knight is a college student currently living in San Diego, California.

3. He is also a lawful permanent resident of the United States, having come here with his

parents from Jamaica in 1984.

4. Conviction for this offense results in his being classified as "deportable."

5. Because of the significance of the consequences of this conviction, I am thoroughly

investigating Mr. Knight's background, attempting to consult with an immigration specialist

regarding the relief from deportation, if any, would be available to him, if he were to be convicted

of this offense, and attempting to negotiate a resolution of the case with the government.

6. I also plan to file and am researching a motion to challenge the particular statute at issue

which contains no mens rea requirement whatsoever.

7. I have spoken with Assistant United States Attorney Karen Rochlin who does not oppose

this·motion.

Respectfully submitted,


KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By:_____
Sherden J. Charlick
Supervisory Assistant Federal Public Defender
Court Assigned No. A5500158
150 West Flagler Street  Suite 1700
Miami, Florida 33130-1556
Tel: (305) 530-7000
Fax (305) 536-4559

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via Inter Agency Mail to: Karen Rochlin, Assistant United States Attorney, 99 N.E. 4th Street, Miami, Florida 33132 this _____ day of September, 2004.

_____
Shereen J. Charlick

J:\Knight, Ricardo Reg\Pleadings\Mtn.Continuance.wpd

3