UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 04-20490 Cr COOKE/McAliley

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RICARDO KNIGHT,

        Defendant.

_____/



## **JOINT MOTION FOR CONTINUANCE**

Defendant, RICARDO KNIGHT, by and through his attorney, Shereen J. Charlick, Assistant Federal Public Defender, files the foregoing Joint motion seeking a continuance of both the trial and motion filing dates for the reasons set forth below. This is the second motion for continuance.

1. Mr. Ricardo Knight is currently charged with violating 18 U.S.C. § 611, being an alien and voting in a federal election and is scheduled for calendar call on November 10, 2004 and for trial during the two-week period beginning November 15, 2004.

2. Mr. Knight is a college student currently living in San Diego, California and is released on bond.

3. Mr. Knight has presently filed motions to dismiss the indictment or alternatively for a reading of the statute which would require a form of mens rea.

4. Disposition of these motions could significantly impact the defense presentation of evidence.

5. The motions were referred to Magistrate Judge McAliley and on October 20, 2004, defense counsel was requested to provide the Judge's chambers with the case authorities relied upon in the motion as they were voluminous. Defense counsel brought a redwell containing the cases



cited to Judge McAliley's chambers.

6. Defense counsel is also going to be in trial fairly continuously starting on November 1, 2004 with *United States v. Builes Medina*, No. 04-20474 Cr Cooke, then moving on to *United States v. Suarez*, Case No. 04-20606 Cr. Cooke, immediately thereafter. During that same trial period, *United States v. Reyes-Diaz*, No. 04-20509 will proceed to trial. Immediately thereafter on the November 15, 2004 calendar, *United States v. Deisy Serna*, No. 04-20692 is set for trial.

7. All but one of those trial clients are pre-trial detained.

8. Government counsel is also set for trial during the same time period that Mr. Knight's case is scheduled for trial in front of Judge Lenard.

9. Judge McAliley's chambers has been attempting to schedule a hearing on Mr. Knight's motions sometime in November but due to all parties' schedules, a hearing cannot be scheduled until the third week in November, at the earliest. Because the motions directly impact upon the trial – even if they do not result in dismissal of the indictment – they may determine the nature of the jury charge regarding mens rea, they should be determined in sufficient time to allow for a Report and Recommendation and objections thereto prior to a trial date.[1]

---

[1] Judge McAliley's chambers is considering either November 18 or November 22, 2004 as a date for hearing the motions.

10. For these reasons, both parties request a continuance sufficient to allow determination of these motions.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By:                                                    By:
Karen Rochlin                                          Shereen J. Charlick
Assistant United States Attorney                       Supervisory Assistant Federal Public Defender
Court I.D. No. A5500050                                Court Assigned No. A5500158
99 N.E. 4th Street                                     150 West Flagler Street  Suite 1700
Miami, Florida 33132                                   Miami, Florida 33130-1556
Tel.   (305) 9961-9234                                 Tel: (305) 530-7000
                                                       Fax (305) 536-4559

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via Inter Agency Mail to: Karen Rochlin, Assistant United States Attorney, 99 N.E. 4th Street, Miami, Florida 33132 this _____ day of September, 2004.

Shereen J. Charlick

C:\Documents and Settings\krochlin\Local Settings\Temporary Internet Files\OLK1F\Mtn Continuance.2.wpd