UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20490 Cr COOKE/McAliley

UNITED STATES OF AMERICA,

Plaintiff,

V.

RICARDO KNIGHT,

Defendant,

_____/



## OFFER OF PROOF OF CONTENTS OF DOCUMENT IN SUPPORT OF DEFENSE

COMES NOW the Defendant, RICARDO KNIGHT, by and through undersigned counsel, and pursuant to the Sixth Amendment of the United States Constitution hereby submits the document which it tendered as Defense Exhibit G which was rejected by the Court in open court on February 9, 2005. The contents of the letter were not read into the record though the Court reviewed the document prior to ruling that the defense could not admit it.

This document was relevant to the defense's theory that Mr. Knight mistakenly believed that he was a United States citizen and under the Sixth Amendment, the defense sought its admission.[1] and requests that the Court instruct the jury in accord with the attached requested Supplemental instructions. This pleading incorporates all previously-made offers of proof and

---

[1] The defense had subpoenaed Mr. Milton Collins, to lay the business record foundation for this document and Mr. Collins was coming to Court but also believed the document which was part of Mr. Knight's alien-file, as provided by the government, was admissible as a public record. After the Court ruled that the document, among other things, would not be admitted, the defense rested.



constitutional objections to the preclusion of defense evidence.

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By:_____
Shereen J. Charlick
Supervisory Assistant Federal Public Defender
Court Assigned No. A5500158
150 West Flagler Street
Suite 1700
Miami, Florida 33130
Telephone: (305) 530-7000
FAX: (305) 536-4559
Shereen_Charlick@fd.org

<u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the aforementioned motion was sent via hand delivery on the <u>10th</u> day of February 2005 to AUSA, Karen Rochlin, Assistant United States Attorney.

_____
Shereen J. Charlick

**METRO**POLITAN **DADE** COUNTY, FLORIDA





STEPHEN P. CLARK CENTER

**OFFICE OF THE SUPERVISOR OF ELECTIONS**
SUITE 1910
111 NW 1ST STREET
MIAMI FLORIDA 33128-1962
(305) 375-5553

**Mailing Address:**
P.O. Box 012241
Miami, Florida 33101-2241

March 13, 2002

Re: Ricardo Clayton Knight

To Whom It May Concern:

Please be advised that the above referenced individual registered and voted on November 7, 2000 General Election in error.  Upon finding out that he was not eligible to vote because of citizenship, he cancelled his registration on March 13, 2002.

Should you have further questions, please do not hesitate to call my office.

Sincerely,

Milton L Collins
Assistant Supervisor of Elections

MLC:mc