UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. *04-20490-CR-Cooke/Goldberg*

USA

Plaintiff(s),

vs.

*Ricardo Knight*

Defendant(s).
_____/

FILED by ___ D.C.
MAG. SEC.

FEB 14 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

## RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s)
listed below for the following reason(s):

____ Guns, jewelry, currency, drugs, explosives

Item Nos. _____

____ Oversize records (larger than 10" x 12" x 15")

Item Nos. _____

____ Stored by Records Section in: ___ Miami ___ FTL ___ WPB ___

X   Other (Explain): *All exhibits Both Government and the defense*

*Govt 1,2,3   Defense B, C, F, G*

____ Attachments        Signature: _____ *AUSA* _____
(Exhibit list, Order of Court)
                        Print Name: *Shereen Charlick*

                        Agency or Firm: _____

                        Address: _____

                        _____

Exhibits Released by:
*Patty W. Fitzpatrick*
(Deputy Clerk)          Telephone: _____

                        Date: _____

ORIGINAL - Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record