## EXHIBIT LIST

| U.S. v. RICARDO KNIGHT | | | Case#: 04-20490-CR-GOLDBERG |
|---|---|---|---|
| AUSA: KAREN E. ROCHLIN | | | Trial Date: February 8, 2005 |

| EXHIBIT NO. | THRU WITNESS | ADMITTED Y/N DATE | EXHIBIT |
|---|---|---|---|
| 1. P | 2/9/05 | Y - 2/9 | Voter Registration Application: 5/3/99 |
| 2. P | 2/9/05 | Y - 2/9 | Voter History |
| 3. P | 2/9/05 | Y - 2/9 | Citizenship Application Form N-400 |
| 4. P | | | DHSMV Image |
| 5. P | | | Voter Registration Application: 10/15/97 |
| 6. P | | | Voter Registration Application: 2/28/95 |
| | 2/9/05 | | Ivy Korman, Sworn + testified, Cross examined, Re-direct |
| A. (D) | 2/9/05 | | Form - Voter History |
| B (D) | 2/9/05 | Y - 2/9 | Copy New Registration form |
| C (D) | | Y - 2/9 | Voter Registration Form 1991 |
| D (D) | 2/9/05 | | Cancelled Registration Form |
| | 2/9/05 | | Marielu Sierra Sworn + testified, Cross examined |
| E (D) | 2/9/05 | | Supplement |
| F (D) | 2/9/05 | Y - 2/9 | defts examination to become a US Citizen |
| G (D) | 2/9/05 | Y - 2/9 | Q + A on Voter's supplement |

FILED by ___ D.C.
MAG. SEC.

FEB 14 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI