UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20490-CR-Cooke

FILED by _____ D.C.
MAG. SEC.

FEB 14 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

USA.

vs.

QUESTION/NOTE FROM
DELIBERATING JURY TO
THE COURT

Ricardo Knight,

Is it clear when you fill out the application for citizenship that it is all that is required or whether a follow up of swearing in is required. By clear we mean: Is it in writing? Does someone AT INS tell you? — or — Is it just common knowledge? Does the person know for a fact that he is not a citizen after filling out the application and sending it in?

2/10/05
DATE

Laurene Burgess
FOREPERSON

58
TK