UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.  04-20490 Cr COOKE/McAliley

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RICARDO KNIGHT,

        Defendant.

_____/

**NIGHT BOX
FILED

MAY - 9 2005**

**CLARENCE MADDOX
CLERK. USDC / SDFL / MIA**

## NOTICE OF FILING DEFENDANT'S STATEMENT
## ACCEPTANCE OF RESPONSIBILITY

Comes Now the Defendant, Ricardo Knight, and hereby files his Statement for Acceptance

of Responsibility.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By:_____
Shereen J. Charlick
Supervisory Assistant Federal Public Defender
Court Assigned No. A5500158
150 West Flagler Street  Suite 1700
Miami, Florida 33130-1556
Tel: (305) 530-7000
Fax (305) 536-4559

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via Inter

Agency Mail to: Karen Rochlin, Assistant United States Attorney, 99 N.E. 4th Street, Miami, Florida

33132 this _____ day of May, 2005.

Shereen J. Charlick

J:\Knight, Ricardo Reg\Pleadings\Notice of Filing Accept. of Resp.wpd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 04-20490 Cr Cooke/McAliley

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

RICARDO KNIGHT,

      Defendant.

_____/

## DEFENDANT'S STATEMENT FOR
## ACCEPTANCE OF RESPONSIBILITY

Ricardo Knight, through undersigned counsel, submits the following Acceptance of

Responsibility:

I am very sorry that I voted in the election. I did not know I was not allowed to vote. I

never meant to hurt anyone. I will not do this again.

_____
Ricardo Knight

# **FAXBACK SERVICE LIST**

SHEREEN J. CHARLICK, AFPD
Assistant Federal Public Defender
150 West Flagler Street, Suite 1700
Miami, Florida 33130
Tel: (305)530-7000
Fax:(305)536-4559


Karen Rochlin, AUSA
Assistant United States Attorney
99 N.E. 4th Street
Miami, Florida 33132
Tel: (305)961-9100
Fax:(305)530-7976