# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

### CASE NO.  04-20490 Cr-Cooke (Hon. Richard Goldberg)


**UNITED STATES OF AMERICA,**

       **Plaintiff,**

**vs.**

**RICARDO KNIGHT,**

       **Defendant.**

_____/


## NOTICE OF FILING

      **COMES NOW** the Defendant, by and through undersigned counsel and files the attached

letters for the Court's review and consideration.


                  Respectfully submitted,

                  KATHLEEN M. WILLIAMS
                  FEDERAL PUBLIC DEFENDER

    By:_____

                  Shereen J. Charlick
                  Assistant Federal Public Defender
                  Court Assigned No. A5500158
                  150 West Flagler Street
                  Suite 1700
                  Miami, Florida 33130
                  Telephone: (305) 530-7000
                  FAX: (305) 536-4559

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed via inter office mail to: Karen Rochlin, Assistant United States Attorney's Office, 99 N.E. 4th, Street, Miami, Florida, 33132 this ___4th___ day of August, 2005.

By: _____
Shereen J. Charlick

Shereen J. Charlick
Assistant Federal Public Defender
150 West Flagler Street, Suite 1700
Miami, Florida 33130
Tel: (305)530-7000
Fax:(305)536-4559


Karen Rochlin
Assistant United States Attorney
99 N.E. 4th Street
Miami, Florida 33132
Tel: (305)961-9100
Fax:(305)530-9234

Re: Ricardo Knight

Dear Judge Goldberg:

This letter is on behalf of my son Ricardo knight requesting the court for leniency who has
never been in any trouble with the law. Ricardo is not only my son; he is my counselor, my
financial adviser and my best friend. We share unconditional love and support for each
other. There is a bond between us that gives me strength when I am down, comfort when I
am sad and, most of all, joy that made me happy and content
Ricardo is a young man who has found a purpose in life. While I understand the seriousness
of the crime that he has been found guilty of, I also know that Ricardo is a compassionate
person who is a productive member of society. And hoping he is given the opportunity to
continue ... I would hope that his sentencing would be such that he could in fact be with his
family.

Sincerely,

Juliet Hawkins

Dear Judge Goldberg:

Please consider this letter as a request that the court exercises its discrction for leniency for my brother Ricardo Knight. He is the anchor and glue that held many parts together our family, friends, and people he worked for. He is always there for me in the time of need. It's been times when I needed financial assistant and my brother was someone I could rely on. Ricardo cherished and has a great respect for life and everyone he surrounds himself with. He has ideals and goals, and he inspired others -- myself included – to strive for the best possible....

He was my encouragement throughout college, high school, and relations. There are givers and takers in life. Ricardo is a giver and wants to help others. I am hoping you can take into consideration his first encounter with the law. Please show compassion and leniency in the case of Ricardo Knight when he comes before you in federal court.

Sincerely,

Samantha Knight

Re: Ricardo Knight

To Whom It May Concern,

On behalf of my brother Ricardo Knight I am asking if the court can be lenient. I know my brother would have never knowingly committed any crime. He honestly thought that he was able to register to vote without any restriction. His lack of comprehension neglected him to recognize the seriousness of that document. He was so hoping to become a U.S Citizen to be an officer of the law. He thought that he would be able to make a difference for the country that he has grown to love, respect and appreciate. Throughout the years my brother has grown to appreciate his family and friends, However, Considering the fact that Ricardo has never been in trouble with the law before I am hoping you can show leniency towards my brother. My family is asking the court to commend community service or probation since most of his family lives here, I know that Ricardo will be an asset to his community. Deporting him will put an emotional and financial strain on the family. Ricardo is an outstanding citizen who abides by the law. Please acknowledge my brother track record.

Respectfully yours,

Jamilieh Knight