# UNITED STATES DISTRICT COURT
## Southern District of Florida

CLARENCE MADDOX
Clerk of Court

Appeal Section
305-523-5080

U.S. COURT OF APPEALS
RECEIVED
CLERK
AUG 1 8 2005
ATLANTA, GA.

FILED BY _____ D.C.
APPEAL
AUG 2 4 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.; MIAMI

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

Date:   August 15, 2005

# 05-14537

IN RE:          District Court No.:   04-20490-CR MGC          U.S.C.A. No.: _____

Style:   KNIGHT v. USA

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

|   |   |
|---|---|
| X | Certified copy of Notice of Appeal, docket entries, judgment, opinion/order appealed from, enclosed.  If opinion/order was oral, please check _____. |
| X | First Notice of Appeal:     YES |
|   | Date(s) of other notice(s): _____ |
|   | _____ volume(s) of pleadings;  _____ volume(s) of transcripts; |
|   | _____ volume(s) of exhibits/depositions; other: _____ |
|   | There was no hearing from which a transcript could be made. |
| X | Copy of DOCKET SHEET and NOTICE OF ASSIGNMENT enclosed. |
|   | The following materials were SEALED in this court (order enclosed): |
| X | The appellate docket fee has been paid     NO |
|   | Date paid _____     Receipt No. _____ |
|   | Appellant has been granted leave to appeal In Forma Pauperis (copy of order granting IFP is enclosed) |
| X | The Judge or Magistrate appealed from is:   MARCIA G. COOKE |
| X | The Court Reporter(s):   ROBIN DISPENZIERI |
|   | This is an appeal of a bankruptcy order. |
|   | Bankruptcy Judge: _____ |
|   | This is a DEATH PENALTY appeal. |

Sincerely,

Clarence Maddox, Clerk of Court

By: _____
                  Deputy Clerk

c:          court file

| | | | | |
|---|---|---|---|---|
| ☑ 301 N. Miami Avenue<br>Room 150<br>Miami, FL 33128<br>305-523-5100 | ☐ 299 E. Broward Boulevard<br>Room 108<br>Ft. Lauderdale, FL 33301<br>954-769-5400 | ☐ 701 Clematis Street<br>Room 402<br>W. Palm Beach, FL 33401<br>561-803-3400 | ☐ 301 Simonton Street<br>Room 130<br>Key West, FL 33040<br>305-295-8100 | ☐ 300 South Sixth Street<br>Ft. Pierce, FL 34950<br>561-595-9691 |

75
H.H.