UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE UNITED STATES OF AMERICA, )
                              )      CASE NUMBER
              PLAINTIFF,      )   04-~~20904~~-CR-COOKE
                              )        2049c
       VS.                    )
                              )
RICARDO KNIGHT,               )      THIS VOLUME:
                              )      PAGES 1 - 17
              DEFENDANT.      )
_____)

TRANSCRIPT OF SENTENCING HAD BEFORE THE HONORABLE

RICHARD W. GOLDBERG, IN MIAMI, MIAMI-DADE COUNTY, FLORIDA,

ON WEDNESDAY, AUGUST 10, 2005, IN THE ABOVE-STYLED MATTER.

APPEARANCES:

FOR THE GOVERNMENT:    KAREN ROCHLIN, A.U.S.A.

FOR THE DEFENDANT:     MARTY BIDWILL, A.F.P.D.

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

# CASE NO. 04-20490-CR MGC
# DE#77

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

# ATTACHMENT(S) NOT SCANNED

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)

☐ BOUND EXTRADITION PAPERS

☐ ADMINISTRATIVE RECORD (Social Security)

☐ ORIGINAL BANKRUPTCY TRANSCRIPT

☐ STATE COURT RECORD (Habeas Cases)

☒ SOUTHERN DISTRICT TRANSCRIPTS

☐ LEGAL SIZE

☐ DOUBLE SIDED

☐ PHOTOGRAPHS

☐ POOR QUALITY (e.g. light print, dark print, etc.)

☐ SURETY BOND (original or letter of undertaking)

☐ CD's, DVD's, VHS Tapes, Cassette Tapes

☐ OTHER = _____

# PLEASE REFER TO COURT FILE