UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20490-CR

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RICARDO KNIGHT (B),

        Defendant.

_____/

FEBRUARY 8, 2005

VOLUME I

PAGES 1 - 170

    The above-entitled Trial by Jury came on for hearing before the Honorable Richard Goldberg, District Court Judge, pursuant to notice.

- - -

9:00 A.M. - 4:55 p.m.
Monday, February 8, 2005

United States Courthouse
301 South Miami Avenue
Miami, Florida

OFFICIAL REPORTING SERVICE, INC.
(954) 467-8204

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 04-20490-CR-
## DE# 80

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

# ATTACHMENT(S) NOT SCANNED

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)

☐ BOUND EXTRADITION PAPERS

☐ ADMINISTRATIVE RECORD (Social Security)

☐ ORIGINAL BANKRUPTCY TRANSCRIPT

☐ STATE COURT RECORD (Habeas Cases)

☑ SOUTHERN DISTRICT TRANSCRIPTS

☐ LEGAL SIZE

☐ DOUBLE SIDED

☐ PHOTOGRAPHS

☐ POOR QUALITY (e.g. light print, dark print, etc.)

☐ SURETY BOND (original or letter of undertaking)

☐ CD's, DVD's, VHS Tapes, Cassette Tapes

☐ OTHER = _____

## PLEASE REFER TO COURT FILE