UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20490-CR

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

RICARDO KNIGHT (B),

          Defendant.

_____/

FEBRUARY 10, 2005

VOLUME III

PAGES 1 - 77

          The above-entitled Trial by Jury came on for

hearing before the Honorable Richard Goldberg,

District Court Judge, pursuant to notice.

                    - - -

9:08 A.M. - 5:40 p.m.
Wednesday, February 10, 2005

United States Courthouse
301 South Miami Avenue
Miami, Florida

OFFICIAL REPORTING SERVICE, INC.
(954) 467-8204

FILED by CT. REP.

SEP 2 2 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT
S.D. OF FLA. MIAMI

ORIGINAL

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

# CASE NO. 04-20490-CR-
# DE#  82

☐  **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

# ATTACHMENT(S) NOT SCANNED

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)

☐ BOUND EXTRADITION PAPERS

☐ ADMINISTRATIVE RECORD (Social Security)

☐ ORIGINAL BANKRUPTCY TRANSCRIPT

☐ STATE COURT RECORD (Habeas Cases)

☒ SOUTHERN DISTRICT TRANSCRIPTS

☐ LEGAL SIZE

☐ DOUBLE SIDED

☐ PHOTOGRAPHS

☐ POOR QUALITY (e.g. light print, dark print, etc.)

☐ SURETY BOND (original or letter of undertaking)

☐ CD's, DVD's, VHS Tapes, Cassette Tapes

☐ OTHER = _____

# PLEASE REFER TO COURT FILE