IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

SOUTHERN DISTRICT

- - -

UNITED STATES OF AMERICA,             :

        Plaintiff,             :     Case No. 04-20490-CR

vs.                                   :                 *COOKE*

RICARDO KNIGHT & JARED FRANCOIS,  :          HEARING

        Defendants.             :

- - -

TRANSCRIPT OF PROCEEDINGS

November 19, 2004

- - -

REC'D by _____ D.C.
APPEAL
SEP 2 8 2005
CLARENCE MADDOX
CLERK U S DIST. CT
S D OF FLA. MIAMI

In the above-captioned cause, before

the Honorable Chris McAliley, Magistrate Judge.

- - -

APPEARANCES:

ON BEHALF OF THE PLAINTIFF:        Karen Rochlin, Esquire

ON BEHALF OF THE DEFENDANT KNIGHT:   Shereen J. Charlick, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# CASE NO. 04-20490-CR MGC
# DE#85

□ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

# ATTACHMENT(S) NOT SCANNED

□ VOLUMINOUS (exceeds 999 pages = 4 inches)

□ BOUND EXTRADITION PAPERS

□ ADMINISTRATIVE RECORD (Social Security)

□ ORIGINAL BANKRUPTCY TRANSCRIPT

☒ STATE COURT RECORD (Habeas Cases)

□ SOUTHERN DISTRICT TRANSCRIPTS

□ LEGAL SIZE

□ DOUBLE SIDED

□ PHOTOGRAPHS

□ POOR QUALITY (e.g. light print, dark print, etc.)

□ SURETY BOND (original or letter of undertaking)

□ CD's, DVD's, VHS Tapes, Cassette Tapes

□ OTHER = _____

# PLEASE REFER TO COURT FILE