*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF FLORIDA*
*MIAMI DIVISION*

Case 04-20490-CR-MGC



FILED by _____ D.C.
APPEALS

NOV 0 4 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

THE UNITED STATES OF AMERICA,

      Plaintiff,

vs.                           *MIAMI*, FLORIDA
                                  FEBRUARY 11, 2005

RICARDO KNIGHT                    VERDICT

      Defendant.

---

### TRANSCRIPT OF VERDICT IN JURY TRIAL PROCEEDINGS
### BEFORE THE HONORABLE MARCIA G. COOKE.,
### UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

        **KAREN ROCHLIN, A.U.S.A.**
        99 N.E. 4th Street
        Miami, FL  33132 - 305/961-9234

FOR THE DEFENDANT:

        **SHEREEN J. CHARLICK, A.F.P.D.**
        *Federal Public Defender's Office*
        150 W. Flager St.
        Miami, FL  33130

REPORTED BY:

        **ROBIN MARIE DISPENZIERI, RPR**
        *Official Federal Court Reporter*
        United States District Court
        301 North Miami Ave.,  6th Floor
        Miami, FL  33128 - 305/523-5158

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

# CASE NO. 04-20490-CR MGC
# DE#88

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

# ATTACHMENT(S) NOT SCANNED

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)

☐ BOUND EXTRADITION PAPERS

☐ ADMINISTRATIVE RECORD (Social Security)

☐ ORIGINAL BANKRUPTCY TRANSCRIPT

☐ STATE COURT RECORD (Habeas Cases)

☒ SOUTHERN DISTRICT TRANSCRIPTS

☐ LEGAL SIZE

☐ DOUBLE SIDED

☐ PHOTOGRAPHS

☐ POOR QUALITY (e.g. light print, dark print, etc.)

☐ SURETY BOND (original or letter of undertaking)

☐ CD's, DVD's, VHS Tapes, Cassette Tapes

☐ OTHER = _____

# PLEASE REFER TO COURT FILE