REC'D by H.H. D...
APPEALS

AUG 1 4 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.

FILED by ___ D.C.
RECORDS

AUG 0 9 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. — MIAMI

Clarence Maddox
Clerk, U.S. District Court
301 N MIAMI AVE STE 150
MIAMI FL 33128-7788

August 01, 2007

**Appeal Number: 05-14537-II**
Case Style: USA v. Ricardo Knight
District Court Number:  04-20490 CR-MGC

TO:   Clarence Maddox

CC:   Kathleen M. Williams

CC:   Martin John Bidwill

CC:   Richard C. Klugh, Jr.

CC:   Bernardo Lopez

CC:   Phillip DiRosa

CC:   Lisa T. Rubio

CC:   Kathleen M. Salyer

CC:   Anne R. Schultz

CC:   Administrative File